Gregory J. Sanders, USB No. 2858
KIPP AND CHRISTIAN, P.C.
Attorney for Defendant
10 Exchange Place, 4th Floor
Salt Lake City, Utah   84111
Telephone:  (801) 521-3773

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| CHRISTY OAKS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF AND HEIRS OF DANNY G. CONNELLEY, DECEASED, | : : : : : | Case No. 2:06cv00452DAK |
| Plaintiffs, | : : | **ORDER OF DISMISSAL** |
| vs. | : : | |
| LENNOX INDUSTRIES INC., | : : | |
| Defendant. | : | |

The court having considered the motion of the defendant to dismiss and the stipulation of the parties thereto, and good cause appearing, hereby dismisses this action, with prejudice.

Each party shall bear their own costs and attorney's fees incurred in the prosecution and defense of this action.

**DATED** THIS 8th  day of January, 2008.

BY THE COURT

Honorable Dale A. Kimball

## CERTIFICATE OF MAILING

I hereby certify that on this __7th__ day of January, 2008, I caused a true and

correct copy of the foregoing **ORDER OF DISMISSAL** to be e-filed through the United

States District Court to the following:

> Colin P. King
> Dewsnup King & Olsen
> 2400 Beneficial Life Tower
> 36 South State Street, Suite 2400
> Salt Lake City, Utah 84111-0024
>
> Scott R. Wangsgard
> S. R. WANGSGARD, LC
> 57 West 200 South, Suite 400
> Salt Lake City, Utah 84101

/s/_____
Randee R. Lloyd

C:\Documents and Settings\usdc\Local Settings\Temp\notes6030C8\Dismissal Order.112007.wpd/cb